tioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Robert N. Anderson, Hilbert P. Zarky* and *Grant W. Wiprud* for the United States.

No. 552. HABERMAN, EXECUTOR, *v.* EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES. C. A. 5th Cir. Certiorari denied. *Fritz K. Knust* for petitioner. *F. G. Coates* for respondent.

No. 554. BLOCH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Frank E. Flynn* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 561. NATIONAL AIRLINES, INC. *v.* CIVIL AERONAUTICS BOARD ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *John W. Cross* and *Clayton L. Burwell* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Barnes, Daniel M. Friedman, Franklin M. Stone, O. D. Ozment* and *Gerald F. Krassa* for the Civil Aeronautics Board, *E. Smythe Gambrell* and *W. Glen Harlan* for Eastern Air Lines, Inc., and *Stephen Ailes* for Colonial Airlines, Inc., respondents.

No. 571. KEIPER, ADMINISTRATRIX, *v.* NORTHWESTERN PACIFIC RAILROAD Co. District Court of Appeal of California, Third Appellate District. Certiorari denied. *Sidney Feinberg* for petitioner. *Arthur B. Dunne* for respondent.